# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | : | NO. 9:24-cv-80701-RLR |
| Plaintiff, | : | |
| v. | : | **[PROPOSED] ORDER** |
| DH & RK INVESTMENTS LLC D/B/A FUNDQUBE, | : | |
| Defendant. | : | |

On consideration of Plaintiff's unopposed request to transfer this action to the Central District of California and grant Plaintiff leave to file an amended complaint, it is hereby GRANTED. The clerk is directed to transfer this case to the Central District of California and Plaintiff is granted leave to filed an amended complaint.

IT IS SO ORDERED this ___ day of July 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE